FILED

MAR 09 2026

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

District: Western

Division: San Antonio

Plaintiff(s): Little + Gorgeous DBA Wild + Gorgeous Transfers    Case No.: 5:23-CV00533

v.

Defendant(s): Wild Tribe Screen Prints LLC & Alyssa Trinidad (Terrazas)

# MOTION FOR TEMPORARY AND PERMANENT INJUNCTION

COMES NOW the Plaintiff/Defendant, Alyssa Terrazas , appearing pro se, and respectfully moves this Honorable Court for a Temporary and Permanent Injunction.

In support of this Motion, the movant states the following:

1. Immediate and irreparable harm will occur without intervention from the Court because: The current asset freeze has left us in financial hardship no funds for food, medical care, basic living needs. Protected VA Funds + 3rd party acct are Freeze + 5 children affected

2. The movant has a substantial likelihood of success on the merits because: the asset freeze has restrained funds VA Benefits under 38 USC 5301 - are protected as well as 3rd party who are not defendant

3. The threatened injury to the movant outweighs any harm that the requested injunction may cause the opposing party.

4. Granting the requested injunction will not disserve the public interest.

WHEREFORE, PREMISES CONSIDERED, the movant respectfully requests that the Court:

A. Issue a Temporary Injunction to prevent the following actions: Issue a temporary injunction preventing continued restraint or freeze of funds accts. Including VA Benefits, 3rd party bank acct + to allow access for basic living expenses + medical care.

B. After hearing and consideration, issue a Permanent Injunction providing the following relief: Defendants request that the Court issue a permanent injunction dissolving the asset freeze as it apply to VA Benefits, 3rd party who aren't defendants accounts

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Alyssa T.

Name: Alyssa Terrazas

Address: 15160 IH 35 S Atascosa TK. 78002

Phone: (210) 870-4403

Email: alyssamichelleT56@gmail.com

Date: 3/9/26

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Temporary and Permanent Injunction was served on all parties or counsel of record on this ____9__ day of ___March_____ , 20 26

Method of Service:

■ CM/ECF Filing

■ U.S. Mail

■ Email

■ Hand Delivery

_____
Signature